# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **CHRISTIAN LILLY,**              ) | |
|                                   ) | |
|     **PLAINTIFF**              ) | |
|                                   ) | |
| v.                                ) | **CIVIL NO. 1:12-CV-184-DBH** |
|                                   ) | |
| **MAINE MARITIME ACADEMY,**       ) | |
|                                   ) | |
|     **DEFENDANT**              ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 16, 2013, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision. The time within which to file objections expired on May 3, 2013, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. This case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

**DATED THIS 7TH DAY OF MAY, 2013**

    /S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**